# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **Susan Hau** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CIVIL NO.: 1:20-cv-27** |
| | § | |
| **Life Insurance Company** | § | |
| **of North America** | § | |
| | § | |
| *Defendant* | § | |

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Susan Hau, Plaintiff herein, complaining of Life Insurance Company of North America, Defendant, and for cause of action would show:

1.   Plaintiff resided in Hutto, Texas, which is located in the Western District of Texas, at the times material to this Complaint occurred.

2.   Defendant, Life Insurance Company of North America, (hereinafter referred to as ("LINA") is an insurance company duly and legally formed under the laws of Pennsylvania, which does business in the State of Texas and may be served with citation herein by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas, 75201-3136.

3.   This court has original jurisdiction of this case under 29 U.S.C. § 1132(e).   Plaintiff brings suit under the civil enforcement provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), specifically including 29 U.S.C. § 1132

(a)(1)(B).   Plaintiff is a participant in or beneficiary of an employee welfare benefit plan, which provides benefits under an insurance policy issued by LINA. Plaintiff seeks to recover benefits due under the plan, to enforce her rights under the terms of the plan, and to clarify her rights to future benefits under the terms of the plan.

4.   Plaintiff further brings suit pursuant to 29 U.S.C. § 1133.   After properly appealing the denial of benefits under the plan, LINA failed to provide Plaintiff a full and fair review.

5.   In 2017, Plaintiff was employed as a Paralegal for Epicor Software Corporation, when she became disabled.   Plaintiff was determined to be disabled by the Social Security Administration under its criteria as of February 7, 2017.   At the time she became disabled, Plaintiff was insured for Long Term Disability (LTD) benefits under a policy of insurance, issued by LINA to Epicor Software Corporation identified as policy number LK-963963 and insuring Plaintiff.

6.   Plaintiff properly submitted an LTD claim to LINA identified as claim number 4384111 which was initially approved, but thereafter denied on June 28, 2018.

7.   Plaintiff properly appealed the denial of her LTD claim to the designated fiduciary of the plan, but Plaintiff's appeal of the denial of LTD benefits was denied on August 28, 2019.

8.   Plaintiff was additionally insured for Life Benefits under a policy of insurance, issued by LINA to Epicor Software Corporation identified as policy number FLX-

965732 and insuring Plaintiff. This policy provided Basic Life Benefits to Plaintiff in the amount of $77,000, as well as Voluntary Life Benefits in the amount of $100,000.   In addition, LINA's policy provided Waiver of Premium (WOP) benefits to Plaintiff.

9.     Plaintiff properly submitted a WOP claim to LINA, also identified as claim number 4384111, which was initially approved, but thereafter denied on June 29, 2018.

10.    Plaintiff properly appealed the denial of her WOP claim to the designated fiduciary of the plan, but Plaintiff's appeal of the denial of WOP benefits was denied on August 28, 2019.

11.    Plaintiff has exhausted all required administrative remedies available to her under the plan.   All conditions precedent to this cause of action have been met or have occurred.

12.    The policies at issue in this case do not lawfully delegate discretionary authority to LINA.   LINA's benefit determinations are therefore subject to *de novo* review.

13.    Plaintiff is entitled to recover under the civil enforcement provisions of ERISA and seeks the benefits she has been denied, clarification of her right to receive future benefits under the policy, attorney's fees and expenses incurred herein and other appropriate equitable relief.

WHEREFORE, Plaintiff prays that Defendant be cited to appear herein and answer and that on final hearing, she be granted judgment against Defendant for her damages,

plus pre-judgment and post-judgment legal interest, for costs of suit, for reasonable attorney's fees and expenses incurred and that Plaintiff have a clarification of her right to receive future benefits under the Plan, to which she may show herself justly entitled under the attending facts and circumstances.

Respectfully submitted,

By:     /s/ *Lonnie Roach*
LONNIE ROACH
Attorney-in-Charge
State Bar No. 16967600

**BEMIS, ROACH & REED**
4100 Duval Road, Bldg. I, Suite 200
Austin, Texas 78759
(512) 454-4000 Telephone
(512) 453-6335 Facsimile
lonnie@brrlaw.com

**ATTORNEYS FOR PLAINTIFF**

4