IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SUSAN HAU, § | |
| PLAINTIFF, § | |
| § | CAUSE NO. 1:20-CV-027-LY |
| V. § | |
| § | |
| LIFE INSURANCE COMPANY OF § | |
| NORTH AMERICA, § | |
| DEFENDANT. § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On this date, the court rendered the parties' Agreed Order of Dismissal with Prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _5th_ day of June, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE